LANGFORD *vs.* COMMISSIONERS OF WILKINSON COUNTY.

EXCEPTIONS TO AUDITOR'S REPORT, FROM WILKINSON. Auditors. Practice in Supe-- rior Court. County Matters. Witness. Evidence. (Before Judge Lawson.)

Jackson, C. J.—1. Where an auditor made a report, and on exception the court remanded the case for another hearing, on the ground that the auditor had excluded a witness who was competent, and upon another hearing before the auditor the testimony was admitted and exceptions again taken, the case was still in fieri, and it was competent for the court to alter its former ruling and hold the witness incompetent.

2. Where a county proceeded against its tax collector by issuing executions against him and his sureties for a balance of money alleged to have been collected and not paid, and the collector defended by affidavit of illegality, alleging payment, he was not a competent witness to prove that he made such payment to the county treasurer, who had since died. 71 Ga., 458-461; 72 Id., 143; 65 Id., 406, 580; 66 Id., 139; 63 Id., 410; 67 Id., 675; 59 Id., 342; 52 Id., 640.

Judgment affirmed.

J. W. Lindsay, by brief, for plaintiff in error.

F. Chambers, by brief, for defendants.

---

LATE PUBLICATION.

WILLIAMS ON REAL PROPERTY.—Principles of the Law of Real Property, intended as a First Book for Students in Conveyancing. By Joshua Williams. Fifth American, from the Twelfth London edition, with copious Notes and References to American cases, by W. H. Rawls, Hon. J. T. Mitchell and E. Coppe Mitchell. 8vo.

Upon examination we found all the author claims for this work, viz: an introductory treatise for the student, written in a clear, lucid style. The origin and subsequent intricacies of the law appertaining to Real Property, are made so plain, the student will experience no difficulty in mastering its details. It is divided into five parts: Corporeal Hereditaments, Incorporeal Hereditaments, Copyholds, Personal Interests in Real Estate, and Title. It is published by the well known house of T. & J. W. Johnson & Co., Philadelphia.